**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Deonte EVANS, Defendant/Appellant.**

**No. ED 104469**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 29, 2017

Richard A. Starnes, P.O. Box 899, Jefferson City, MO 65102, For Plaintiff/Respondent.

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Defendant/Appellant.

Before Robert G. Dowd, Jr., P.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

### ORDER

PER CURIAM.

Deonte Evans (Appellant) appeals from the trial court's judgment entered upon a jury verdict finding him guilty of felony murder, felony abuse of a child resulting in death, and endangering the welfare of a child. We find the State introduced sufficient evidence for a reasonable jury to have been convinced of Appellant's guilt beyond a reasonable doubt. State v. Nash, 339 S.W.3d 500, 508-09 (Mo. banc 2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).